Craig B. Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 124159

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Todd Gray,<br><br>Plaintiff,<br><br>-against-<br><br>Diversify Media Inc d/b/a Sizzlepixs,<br><br>Defendant. | **Case No. 8:22-cv-00800-KES**<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Karen E. Scott<br>Complaint Filed: April 12, 2022 |

**PLEASE TAKE NOTICE** that Todd Gray ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: May 10, 2022

**SANDERS LAW GROUP**

By: ___/s/ Craig B. Sanders_____
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 124159
*Attorneys for Plaintiff*

Case No. 8:22-cv-00800-KES

NOTICE OF SETTLEMENT